FOR LEGAL USE ONLY-COLEMAN, DAN---------------------FOR LEGAL USE ONLY – COLEMAN, DAN

U.S. COURT OF APPEALS
RECEIVED
CLERK

11TH CIRCUIT DISTRICT COURT

Dan Coleman                    AUG 24 2021        Lo.To. case # 2019CF004827CFAXWS
        vs.
STATE OF FLORIDA / PASCO

28 U.S.C. § 2241 HABEAS CORPUS (ACTUAL INNOCENCE CLAIM)

Comes Now the Defendant, Dan Coleman, PRO-Se to move this Court to Honor and Respect by Law this Motion 28 U.S.C. § 2241 Habeas Corpus on the following grounds:

## CASE AND ARGUEMENT OF FACTS

Dan Coleman ("herein forth" "Coleman") is Actually Innocent of the charges alleged in this case, Homicide, Felonious Possession of Firearm, and Felonious Possession of Ammunition, however, It's clearly apparent Coleman is completely innocent of wrongdoing or the specific criminal intent required for the charging of any of these crimes or any crimes what so ever, prosecution is knowingly pursueing Coleman maliciously while knowing him to be completely innocent, Coleman is the victim of a conspiracy at the hands of others siezing the moment for drug seeking behavior, Coleman has been subject to officers not doing thier job properly desperately seeking arrest and to make things worse, subject to a court which refuses to honor and follow the laws of the land, this has turned into a nightmare for Coleman which has dragged on 2 years while prosecution maliciously indisinately detains him trying to extort a plea from him in violation of Fla.Const.Decl.Article I §17 while evidence shows his innocence and others lies and crimes, witnesses nefarious contradictory statements (obvious lies), this is all the while the ruling Judge shows direct partiality to prosecutions intrests while denying Coleman fundamental U.S.C. rights to an adequate counseler instead of the adversarial one he has, Coleman has made a substantial showing of Actual Innocence backed by state documented evidence supported by applicable law and furnished his case through motion on the 6th Judicial Circuit, 2nd DCA, and Florida Supreme Court only to illegally be ignored and denied Due Process and Access to The Courts denying his 5th Amendment rights, leaving his motions unanswered failing to rebutt his claims what so ever truly because its impossible to do so, this 11th Circuit court will find incredible merit in Colemans case and extraordinary

PAGE #1 SIDE #1

FOR LEGAL USE ONLY – COLEMAN, DAN---------------------FOR LEGAL USE ONLY – COLEMAN, DAN

circumstances as to why this case should be instantly heard and disposed of for complete lack of probable cause to proceed as well as severe violation or fundamental U.S.C. rights which demand the prevention of any further Mkcarriage of Justice in any matters relating to Coleman's case

## INCIDENT SURROUNDING ARREST

On 8/7/2019 Coleman went to 3844 Holiday Lake Drive in Holiday Florida to see his friend Jonathan McCoy as he usually did being at the time they had been good friends for over a year, when Coleman arrived there a woman ~~xxxxxxxxxxxxxx~~ Brianna Hunter was awake in the room with Jonathan McCoy and several of the houses other occupants were present in the front living room Jonathan McCoy lived in, everything was the same today except everyone was real quiet and once Coleman arrived the occupants stopped speaking and went into other rooms, Jonathan McCoy was acting very strangely out of his norm speaking in hushed tones which Coleman attributed to McCoy being very high on multiple narcotic drugs being after all he was a drug dealer, Coleman and McCoy started talking as they usually do and Coleman brought up the subject of money he lent him previously inquiring if he had yet to gather the money he owed he had borrowed, over Coleman's entire friendship with McCoy this was a regular occurance which Coleman didn't stress and McCoy always paid without incident late or on time which didn't matter because they were friends so ~~xxxxxxxxxxxx~~ it was no big deal if he was late, on this day however McCoy got a crazed look and demeanor about himself told Coleman "The money is took" and pulled out a firearm and attacked Coleman with it aiming it at him at point blank range, this led to Coleman instinctively grabbing the gun to prevent death and great bodily harm for it appeared Jonathan McCoy intended to shoot, Coleman and McCoy fought for control of the firearm, during this struggle McCoy would try to force the barrel towards Coleman while trying to pull the trigger and Coleman tried to keep the barrel away, ~~xxxxxxxxxxxxxxxxxxxxxxxxxxx~~ the gun went off 3 times during this struggle, at one point McCoy pulled a knife with his other hand and started simultaneously stabbing Coleman, Stephen McCoy came out into the living room and broke up the fight, during this Jonathan McCoy stabbed his own brother Stephen McCoy. Jonathan dropped his weapons after the fight was broken up, Coleman grabbed the firearm, ammunition, and McCoy's cell phone in one swoop off the table to prevent further attack and fled out the front door for his

FOR LEGAL USE ONLY-COLEMAN, DAN----------------------FOR LEGAL USE ONLY – COLEMAN, DAN

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT DISTRICT COURT
CLERK

Dan Coleman                    AUG 24 2021 LoTo case# 2019CF004827CFAXWS
vs.
STATE OF FLORIDA / PASCO    ATLANTA, GA.

28 U.S.C. § 2241 HABEAS CORPUS (ACTUAL INNOCENCE CLAIM)

life, Coleman was profusely bleeding, on his way to the vehicle
Jonathan McCay, Stephan McCay, and Donald Delrome gave chase
after Coleman until Jonathan McCay collapsed outside the door,
Coleman fled and on his way he decided he no longer wanted
the firearm in his possession and disposed of it at a friends
home in thier yard but in the heat of the moment failed to
dispose of the holster and bullets being Coleman had sustained
fatal wounds and had a punctured lung filling with blood
getting weak and light headed so Coleman fled to his home he
rented from Leonard koch where he lived with his girlfriend
Christina Oleyar, Coleman came in fell on the couch and told
Oleyar he had been stabbed, Oleyar contacted paramedics
which was good for Coleman be it he would of died without medical
intervention, latter law enforcement tied Coleman to McCay and tried
to interrogate Coleman, Coleman chose to remain silent by deception so
officers would leave him alone because of the excruciating pain he
suffered, officers arrested Coleman under the charges in case#
2019CF004827 even though throughout thier investigations they
encountered and documented many contradictory statements and lies
on a ~~chances~~ fundamental level which are undeniable and obvious;
the environment this activity occured in was highly nefarious with
most of the individuals involved being full blown drug addicts
and intravenus drug users but not all, when this case is looked
at properly a conspiracy can be clearly seen with drug seeking
behavior at the heart and drive of it in a desperate grab for
Jonathan McCay's drug cache, however cleverly devised by those
responsible, you just can't beat simple math and on record
statements, it took Coleman ~~an~~ while to understand why
McCay attacked him out of no where when they were good friends
for some time, until someone told him afterwards that he
attacked him because someone told him that it was rumored
Coleman wanted to rob him because he borrowed money from
him, but Coleman never made a big deal about lending money to
McCay when he asked even if he was late because they were
good friends, it wasn't until Coleman got his Discovery that he
was able to realize and see the full picture, after this it
became apparent a conspiracy was devised to rob McCay for

PAGE# 2 SIDE #1

FOR LEGAL USE ONLY – COLEMAN, DAN----------------------FOR LEGAL USE ONLY – COLEMAN, DAN

FOR LEGAL USE ONLY-COLEMAN, DAN--------------------FOR LEGAL USE ONLY – COLEMAN, DAN

his drugs and money so a group of conspirators formed most of which likely resided in the household and the plan was hatched to lie to McCoy saying that Coleman planned to rob him because he owed money when it wasn't true, to provoke a confrontation between them to form an event which would be a good enough distraction to rob him for his drugs, money, possessions, and safe full of drugs and money; it was calculated that McCoy was aggressive and very dangerous easily triggered and prone to quickly escalate into a hot headed confrontation of a serious physical nature, which was the cause for the need for such a plan to rob him, McCoy was not an easy target, he was young and insecure with a need to prove himself, Coleman was a loyal friend and ignorant of the level of drugs McCoy possessed and the drug trafficking he conducted being it was a recent development. So conspirators chose to divide and conquer Coleman and McCoy and used the logic of Coleman's money lending to McCoy against both of them to convince McCoy; so when Coleman came over like he always does to talk and smoke weed and socialize and inquired about the money McCoy thought he was going to get robbed and Coleman is a bigger man likely to be perceived as a fair threat to McCoy which led to the attack. A lot of documented evidence by law enforcement corroborates this as a clear fact when analitically looked at properly without a doubt. There were 13 people awake and on the property that night other than Coleman and Jonathan McCoy after 12 a.m., after Coleman arrived and the occupants of the home saw him they all went into other rooms like they knew something was gonna happen and didn't want to be around, Brianna Hunter was in the room allegedly asleep but directly contradicts the statement by saying she observed Coleman conversating with McCoy claiming she watched Coleman initiate violent contact with McCoy, she says she doesn't know who produced the firearm or who fired it while within mere feet of the confrontation and didn't know of the firearm until she heard pops, it will be noticed that occupants of the house get leary when it comes to saying whose firearm it was and don't want to say anything in fear someone might admit that McCoy was known to possess and flaunt it as he was known to do with all of his business & drug dealing, and violence which officers found practically to be recorded on Facebook, when Coleman came over Brianna Hunter was wide awake, so why would she lie? Of course to deny involvement out of guilt being an obvious inside girl be it she was not McCoy's regular girlfriend, someone introduced to McCoy for the purposes of

PAGE #2 SIDE #2

FOR LEGAL USE ONLY – COLEMAN, DAN--------------------FOR LEGAL USE ONLY – COLEMAN, DAN

FOR LEGAL USE ONLY-COLEMAN, DAN---------------------FOR LEGAL USE ONLY – COLEMAN, DAN

11TH CIRCUIT DISTRICT COURT

Don Coleman                          L.T. case# 2019CF004827CFAXWS
  VS.
STATE OF FLORIDA/PASCO

28 U.S.C. § 2241 HABEAS CORPUS (FACTUAL INNOCENCE CLAIM)

robbing him with the lure of sexual attraction and encounters outside of the ~~xxxxx~~ usual relationship he had long had with Rachel Melton; it will be seen physical documented evidence proves Jonathan McCoy to have been an experienced person in inflicting great bodily harm on others, Jonathan McCoy stabbed Coleman and his father Stephan McCoy during the confrontation but it also turns out that a third persons DNA/Blood was found on McCoy's blade which had to pre date the 8/7/19 incidents which means McCoy had stabbed someone beforehand and even was documented by witnesses to be braging about his willingness to use it protecting what is his. McCoy had also been known to flaunt the .22 revolver used in the confrontation, it is believed they expected McCoy to shoot Coleman to death by their provocation by manipulation so as to provoke one of 2 things or both the job of disposing of Coleman or McCoy fleeing because he shot him abandoning his safe full of drugs and money along with other drug stashes so the conspirators could loot McCoy's possessions in his absence. This is clear being 13 people were on the property in the middle of the night in other rooms like they were all waiting for someone to break a piñata open, all occupants of the house were full fledged drug addicts with complete lack of self control over their urges. Everybody in the house skipped around the fact that they knew the gun belonged to McCoy and that he had a safe full of drugs in the house and that he lived and sold drugs out of the front room of the house in which all occupants had to enter to gain access to the house, so everyone in the house was factually lying and had lots to hide. Stephan McCoy had lost Jonathan McCoy to DCF when he was a minor due to drug activity. All occupants of the house made statements which contradict each others statements and themselves with obvious lies giving shelter to activity in the house. Brianna Hunter contradicted herself and others about the confrontation. Stephan McCoy and Donald Pelrem's statements contradict each other about the confrontation. Stephan McCoy claims that when he went to break up the fight between Coleman and his son he

PAGE#3 SIDE#1

FOR LEGAL USE ONLY – COLEMAN, DAN---------------------FOR LEGAL USE ONLY – COLEMAN, DAN

didnt observe the fight for control of the firearm between Coleman and his son over their heads while his son simotaneously stabbed Coleman with his other hand, Stephen McCoy claims he dosent know who stabbed him when his son wielded his knife and Stephen latter admits to picking up his sons bloody knife off the floor, Stephen McCoy's actually brazen enough to claim hearing shots fired in the living room and finding a confrontation which he split up but didnt see who had what weapons, no man approachs a fatal fight without gauging what specifically their getting into in order to be capable of breaking said fight up. They also attacked and pursued Coleman in the house which caused him to grab the gun, holster, and bullets and knock ~~xxxx~~ through the front screen door without opening it, if Coleman hadnt done what he did he would be dead today. In reports, a Susan Barrs makes it a point to appear at Coleman's and get involved in the investigation claiming she heard Coleman got shot. Susan Barrs is a known informant with a reputation for using her place as informant to manipulate police to remain free to further her drug seeking behavior (intravenous), facilitate drug dealing, and facilitate the elimination of targets she wants to rob. Susan Barrs claims statements were made in the presence of Christina Dleger which never occured. Barrs claims Coleman plotted on robbing McCoy which never occured. Barrs claims that Rachel Melton plotted on robbing McCoy which is in fact very bellavable for multiple reasons (1) Melton was mad that McCoy saw multiple women (2) Melton had the access codes to McCoy's safe (3) Melton was McCoy's regular girlfriend (4) Melton was present the night of the incident by her own admission (5) Rachel Melton was run off by all the locals of the neighborhood afterwards because it was found out that she had involvement in providing the confrontation between Coleman and McCoy in a very manipulative attempt to rob him, Rachel Melton's life was threatened to the point where she had to relocate over 10 miles away from Holiday to Hudson (6) Barrs claims that Rachel Melton tried to arrange with Joseph Guzman who lived in the shed on McCoy's property to rob McCoy (7) Susan Barrs alleges Rachel Melton approached Tyree Francios about robbing McCoy but turned her down. It is also observed however Susan Barrs is seen all over this investigation giving crucial statements in multiple places being a primary witness and informant which has (guided) the entire investigation and case, Tyree Francios is the only person she protects on record and both Barrs and Francios

PAGE #3 Sing #2

11TH CIRCUIT DISTRICT COURT

Dan Coleman                    L.T. ## case #2019CF004927CFAXWS

vs.

STATE OF FLORIDA

28 U.S.C. §2241 HABEAS CORPUS (ACTUAL INNOCENCE CLAIM)

were seen at Lennard Koch's property directly after, a place
where Coleman would ~~obviously likely~~ likely return to in the event
he survived Mcjoy's attack by conspirator's provocation.
Francios was seen leaving as soon as Coleman appeared
and Barrs just so happened to appear and insert herself into
a homicide investigation as a key witness really the star
witness, the glue of the case by her own design and input,
making it a point not to appear at the murder scene but
directly involved in the activity. Susan Barrs is a very nefarious
character, afterwards it was found that someone robbed her
for drugs she was trafficking cutting a scar into her face
and neck and also was arrested for possession of a
firearm allegedly one used in a homicide according to rumor,
police knowledge of this activity is apparent to the point of misconduct
when it comes to Detective Parrell's rapore he claims to have
with Barrs, likely had to do with helping get the firearm charge
dropped, is aware Barrs lives in squatting in a house she
doesn't own with no utilities which has been gutted for
scrappable metals, is an obvious drug user and is clearly
out for using the sheriff purely for her own gain instead of
justice. Susan Barrs is obviously at the top of this scheme
with Brianna Hunter, Joseph Guzman, Rachel Melton, Donald
Delrone, and a large variety of the occupants of the McCoy
residence. along with Tyree Francios and Susan Mills, its apparent
Susan Barrs and others decided to use Rachel Melton as the
fall girl to take the rap by her actual involvement to take
scrutiny off of the rest of the conspirators she made a
pact with, Susan Barrs is experienced and knows someone has
to take the blame, with her knowledge as a long time
informant so decided to throw Rachel Melton to the wolves
with her sheriff's connections but ultimately blame Coleman
an unknowing victim, which for a person like Barrs is perfect
because an unknowing fall guy doesn't know whats occuring
or how to get out of ## such a situation easily, unfortunately
for Barrs Coleman is very intelligent and able to put together
and see through Barrs manipulative schemes. There when
looking at these facts listed above shows clear evidence of

PAGE#4 SIDE#1

FOR LEGAL USE ONLY-COLEMAN, DAN----------------------FOR LEGAL USE ONLY – COLEMAN, DAN

a conspiracy which wouldn't work without Susan Barrs or a variety of the occupants of the McCoy/Delrone residence. Aside from Barrs in relation to Detective Pennell there is several other pieces of evidence which point to severe police misconduct in violation of Fla 843.0855. there were copius amounts of drugs found a variety of them among the things found were 23 grams of a crystaline substance which tested positive on a field test for methamphetamine bey officer P. Viggiano (6111) but somewhere between the crime scene and lab it becomes fake. All the other drugs found in McCoy's safe were pure. a drug dealer doesn't keep 23 grams of fake meth because it wont sell. it so happens meth is incrypopular in general especially in Pasco County, and very much by local sheriffs officers who have a reputation in Pasco for buying, selling, consuming, and stealing from drug busts and evidence. copious amounts of it. this means LEO's involved with handling this investigation are corrupt and have drug seeking behavior which dominates their biases on the job and severely taints the entire investigation & on top of this there is a even worse problem in relation to narcotics in this case. the day before McCoy's death he admitted on facebook in a message that he was high on (MDMA) ecstacy, witnesses all week observed McCoy do multiple drugs all day each day before his death, and Coleman himself witnessed him do drugs right in front of him the very night of the confrontation but the medical examiner claims Jonathan McCoy had no drugs in his body. This is because of some type of misconduct for sure and no coincidance. No one said anything about McCoy's safe until they found it. then no one wanted to claim it saying it was McCoy's. officers broke into the safe and found trafficking levels of multiple drugs and some pills along with hundreds of dollars, expensive jewelry, debit cards belonging to others, and paraphernailia. officers found weapons in the house. Detective S. Gauttierrez (2389) oversaw this whole investigation and is experienced in law enforcement enough to be able to tell that there's a lot wrong with this case. that witnesses are obviously lying in self interests, that everybody avoids talking about the gun because it belonged to McCoy and he produced it during an attack against Coleman, that witnesses are contradicting themselves and eachother on fundamental issues, and that she shouldn't of charged Coleman with Homicide at all yet she did maliciously anyway, there was not probable cause to arrest Coleman for Homicide especially considering both combatants had fatal wounds, it just so happened that Coleman swiftly got to the hospital whereas for McCoy it took

PAGE#4 SIDE#2

FOR LEGAL USE ONLY – COLEMAN, DAN----------------------FOR LEGAL USE ONLY – COLEMAN, DAN

## 11TH CIRCUIT DISTRICT COURT

Dan Coleman                          LoTo case# 2019CF004827CFAXWS
   vs.
STATE OF FLORIDA/PASCO

## 28 USC 82241 HABEAS CORPUS (ACTUAL INNOCENCE CLAIM)

an hour. I believe that when McCoy first realized he was hurt and had basically shot himself during the struggle for the gun being his finger had control of the trigger and that because he was up and walking around, it was believed he would live, and is why everybody avoided incriminating statements of McCoy or occupants of the household which led to all pointing the finger at Coleman, after it was learned McCoy died I'm sure the blame also shifted to him as far as possession of the same and his activities after police intercepted the desired prize, all the drug addicts were after in the first place which caused the whole incident.

Since the prosecution has commenced I have advised my lawyer of these facts and the following courts through pre-trial motions: 6th Judicial Circuit, 2nd DCA, and Florida Supreme Court, yet prosecution still maliciously and vindictively is seeking a conviction knowing me to be practically innocent of all the crimes alleged being I was attacked at point blank range with a firearm and had a right to temporarily possess a firearm in the emergency Coleman suffered he managed to dispose of the firearm while dying but failed to dispose of the ammunition because he could barely maintain conciousness, by the time paramedics found Coleman he couldnt even move from massive blood loss, not only did state charge him with homicide but also for consecutively possessing firearm and ammunition which is covered under the same Fla. 8790.023 and is a violation of Double Jeopardy 5th Amendment. Coleman tried to fire his adversarial ineffective counselor Nicholas Michalos which Judge Mary Handsell refused to allow aiding the 6th Amendment violation showing direct and automatic partiality to the intrests of prosecution, destroying the fairness of the proceedings she's suppose to protect as a Nuetral Arbiter of Justice, instead she aided the stripping of an adequate defense in a homicide case with exonerating evidence backed by law leaving Coleman with a lawyer who ignored him for over a year until he started filling motions in the 2nd DCA and Florida Supreme Court about his intentional Misconduct, even

PAGE#5 SIDE#1

afterwards Nicholas Michalos returned to old habbits and shows adversity acting as an extension of prosecution as if he works for the prosecutor, as a matter of fact which a large amount of the court appointed counselors have a reputation for ignoring intentionally thier clients defense entirely and only doing what the prosecutor wants stripping defense, all aided by the majority of Judges. This is hardly fair for a man facing Homicide charges for lawful self defense in accordance with Florida Jury Instructions 3.6 (F) Right To Use of Deadly Force, its a fact the court is maliciously seeking a conviction without any Probable Cause to do so contrary to a slew of overwhelming evidence which are state documented facts.

(CLAIM (I) Coleman brings forth this "Actual Innocence Claim" being he only lawfully defended him self from a forcible felony and death as is his right under Florida Jury Instructions 3.6 (F), it is clear that the attack was provoked by a conspiracy involving others designed to rob McCoy of his cache of drugs and valuables out of drug seeking behavior with a group decision to frame others for involvement to conceal those actually responsible, it is clear Susan Barns, Rachel Melton, and many others whom resided at M or frequented the McCoy residence. Coleman is not guilty of Homicide for it had been planned that Coleman was the one hospitalized or to be picked up by the coroner.

(CLAIM (IA) Coleman is also "Actually Innocent" of possessing a firearm and ammunition both charges which were also brought in violation of double jeopardy with no legal probable cause contrary to state laws, case laws, and federal standards in a variety of the following case law : "Hurgin v. State, 458 So.2d 293 (Fla. Appel Dist. 1984) AT-468", "Marrero v. State, 516 So.2d 1052 (Fla. App. 3 Dist. 1987), 86-7325", and "State v. Crawford, 308 Md. 683, 699, 521 A.2d 1193, 1200-01 (1987)" which says: I/ the defendant must be in present, imminent, and impending peril of death or serious bodily injury, or reasonably believe himself or others to be in such danger; (2) The defendant must not have intentionally or recklessly place't himself in a situation in which it would be probable that he would be forced to choose the criminal conduct; (3) The defendant must not have any reasonable, legal alternative to possessing the handgun; (4) The handgun must be made available to the defendant without preconceived design; and (5) The defendant must give up possession of the handgun as soon as necessity or apparent necessity ends.")
These are several federal standards which are also associated

FOR LEGAL USE ONLY-COLEMAN, DAN------------------FOR LEGAL USE ONLY – COLEMAN, DAN

11TH CIRCUIT DISTRICT COURT

Dan Coleman                     LoTo case # 2019CF004827CFAXWS
    vs.
STATE OF FLORIDA / PASCO

28 U.S.C. §2241 HABEAS CORPUS (ACTUAL INNOCENCE CLAIM)

With these laws "Lewis v. United States, 445 U.S. 55, 60, 100 S.Ct. 915, 916, 63 L.Ed.2d 198 (1986)", "U.S. V. Henry, 865 F.2d 1260 (4th Cir. 1988, 88-5064" and "United States V. Ortiz, 927 F.3d 868 (5th Cir. 2019), 17-11301"

According to these facts backed by law Coleman is "Actually Innocent" that of which the federal standards are "McQuiggin v. Perkins, 569 U.S. 383 (2013), 12-126" ["This case concerns the "actual innocence" gateway to federal habeas review applied in Schlup v. Delo, 513 U.S. 298, 115 S.Ct. 851, 130 L.Ed.2d 808 (1995), and further explained in House v. Bell, 547 U.S. 518, 126 S.Ct. 2064, 165 L.Ed.2d 1 (2006). In these cases, a convincing showing of the actual innocence enabled habeas petitioners to overcome a procedural bar to consideration of the merits of their constitutional claims."]

(CLAIM 2) Prosecution is violating my 4th Amendment right to be Free from illegal seizures in this case "malicious and Vindictive Pursuit of Prosecution" against me which also is denying me my ~~xxxxxxxx~~ "Equity In Law" 14th Amendment rights by this intentional illegal pursuit when its evident I'm "Actually Innocent" having had a right to defense against McCoy's attack and also the right to temporarily possess a firearm and Ammunition as a convicted Felon in an emergency & the court has a whole has been put on notice of these issues and entirely avoided answering any of my claims properly being these unable to rebut them or for that matter the 2nd DCA and Florida Supreme Court did likewise seeking to procedurally default the claims with materially indistinguishable facts not applicable with the supreme Law of the land, each court blocked Access To The Courts or a hearing over his motions answering with a proper legally binding answer which comports with U.S.C. Article VII Amendment X, Coleman has made a substantial showing of Innocence which after its presented requires him to disprove it which him and all state court judges have illegally avoided without answer, this facilitates the common norm of this court trying to coerce and extort pleas with the threat of Indefinate Detention in violation of Fla. Const. Ec. R. Article I §17, Coleman has been indefinately detained by the regular

PAGE#6 SIDE#1

and consistant violations of his U.S.C. rights to counsel 6th Amendment, to a fair judge violating U.S.C. Article III Section I and U.S.C. Article VI, and prosecutions warrantless lack of actual probable cause to proceed in violation of the 4th and 14th Amendment

"Haring V. Prosise, 462 U.S. 306 (1983), 81-2169" ["Because a challenge to an indictment on grounds of prosecutorial vindictiveness was such a claim, we concluded that a federal court may grant the writ of Habeas Corpus if it found merit in that constitutional challenge"]

(CLAIM 3) Coleman has "Extraordinary Circumstances" which require that he be heard, aside from his basic constitutional right to be heard under "U.S.C. Article I Section 9" [ "The Writ of Habeas Corpus shall not be suspended"] which extends to 28 U.S.C. 822441 as the lawmakers intended to prevent illegal detentions of the innocent when being pursued without probable cause; The following standards are federal for extraordinary circumstances to be heard on out of-

"Younger V. Harris, 401 U.S. 37 (1971), 8" ["See also Green V. Jefferson Cty. Comm'n, 563 F.3d 1243, 1250 (11th Cir.2009) ("The general rule is that a federal district court must refrain from enjoining pending criminal state court proceedings except under certain special circumstances."); Thompson V. Wainwright, 714 F.2d 1495, 1503 (11th Cir.1983) ("Except in extraordinary circumstances, a federal court must abstain from deciding issues implicated in an ongoing criminal proceeding in state court.") "In Younger, the Supreme Court set out 3 exceptions to the abstention doctrine: (1) there is evidence of a state proceeding motivated by bad faith, (2) irreparable injury would occur, or (3) there is no adequate alternative state forum where the constitutional issues can be raised." Hughes V. Attorney Gen. of Fla, 377 F.3d 1258, 1263 n.6 (11th Cir.2004)"]

(1) Outlined in the motion above is a factual set of claims which highlight on record facts of how this case lacks probable cause to proceed and is motivated by a malicious prosecution with monetary gain as the motive for pursuit instead of the pursuits of Justice. (2) Coleman has lost his home, job, girlfriend, accumulated possessions, and now the last 7 years of his life because the local Pasco County government doesn't want to follow its own rules; Coleman stands to lose his life to this unfair pre-Trial and Trial environment however much he has suffered severe losses already, ultimately prosecution currently is indelicately falsely imprisoning Coleman by the continual violation of his U.S.C. rights. (3) Coleman has appealed non final orders and issues in the 6th Judicial Circuit, 2nd DCA, and Florida

PAGE #6 SIDE #2

## 11TH CIRCUIT DISTRICT COURT

Dan Coleman                                    LoTo case# 2019CF004827CFAXWS

vs.

STATE OF FLORIDA/PASCO

28 U.S.C. 2241 HABEAS CORPUS (ACTUAL INNOCENCE CLAIM)

Supreme Court and was illegally denied Access To The Courts and
Due Process 5th Amendment rights by thier procedural default
which denies access to a proper hearing and response rebuitting
the presented claims by undermining the U.S.Co with state
court rulings by the tactic of denying Access To The Courts &
the 6th Amendment right to Counsel, and "Section 35 of The
Judiciary Act of 1789 1 Stat. 73, 92" which says [" every person
may plead and manage thier cause themselves or by the assistance
of counsel"] what the lower courts have done is made an
unconstitutional rule which imprisons a man with thier constitutional
rights by saying a man cant present his case himself when
represented per case law "Logan v. State, 846 So. 2d 472 (Fla. 2003)"
which as a matter of fact Coleman all according to law did
overcome thier procedural bar to filling PRO-se motions while
represented by adversarial counsel since his 6th Judicial
Circuit motions which he properly appealed & the exception to
"Logan v. State, supra" is when you have an ineffective
counselor which coleman undoubtably had and still does being
at the time he had ignored Coleman for a year entirely while
Actually Innocent on Homicide charges while aware of it,
this is extremely adversarial and denies the 6th Amendment,
Coleman advised Judge Hardsell he needed an adequate
counselor repetitively and she enforced the violation of
Coleman's U.S.Co 6th Amendment rights in favor of stripping
Coleman's defense and fairness from the proceedings she's
suppose to protect per "Stano v. Dugger, 921 F. 2d 1125 (1991)"
which is based off of U.S. Supreme Court standards coming
out of the 11th Circuit saying 8 [" The mere physical presence
of an attorney does not satisfy the 6th Amendment
guarantee, especially if counsel has sealed his lips on
crucial matters"]
    This defines Nicholas Michalos to the T aside from acting
as an extension of prosecution in a court clearly
immersed in a racketeering scheme in violation of
18 U.S.C. 1959, when a man steps into a Pasco court every
member acts as an adversary when claims of Innocence are
made when only prosecution is to be the defendants adversary.

PAGE #7 S1PC#1

FOR LEGAL USE ONLY-COLEMAN, DAN----------------------FOR LEGAL USE ONLY – COLEMAN, DAN

Coleman has made a showing of irrebutable import of extraordinary circumstances to be instantly heard in this case now having it disposed of for lack of probable cause taking it out of the hands of the maliciousness of the lower courts and their apparent sloth dodging their responsibility to hear claims with laws designed to create an unconstitutional form and function in the constitutional form of government out of interests of monetary gain and account skimming/fraud scheme's funneling funding which is meant for housing prisoners and providing for their needs which the taxpayers pay for, which isn't for people to commit crime from the bench. "Logan v. State, supra" is activity factually which is the product of a violation of (Fla. § 876.23 Subversive Activities Unlawful) which is defined as the destruction of the constitutional form of government which is a 2nd° Felony as defined by Fla. § 876.23. "U.S.Co. Article VI" is very clear about this ["Judges shall rule bound by the law of the land ooo that of which the constitution is the supreme ooo any laws in any state to the contrary notwithstanding"] Coleman's claims in all matters are on fundamental issues and are irrebutable, especially this claim!

(CLAIM (4)) Coleman has been denied his constitutional rights to a fair judge who rules bound by the laws and the constitution as required by Judge Hardsell's oath of office and the U.S.C. as this violates "U.S.Co. Article III Section 1." "Judges shall hold their offices during good behavior"] and "U.S.Co. Article VI"; ["The constitution shall be the supreme law of the land and judges shall be bound thereby ooo any laws in any state to the contrary notwithstanding"]

Judge Hardsell forcing ineffective and highly adversarial counselor Nicholas Nicholas on Coleman in violation of his 6th Amendment rights after ignoring his case of Actual Innocence for a year and entirely not providing a shred of defense; Coleman himself has provided his entire defense and the court has used an unwanted counselor as an excuse to block acknowledging and hearing his claims properly illegally leaving Coleman in a state of suspension and indefinite Detention for 2 years now in violation of "Fla. Const. Decl. Rts. Article I § 17", it was not lawmakers intent to imprison men with their rights while making a substantial showing of innocence and call it the constitution which the U.S. Supreme Court was clear about in "Faretta v. California, 422 U.S. 806 (1975), 73-5772" which is a landmark national standard. The judge has departed from her role as Neutral Arbiter of Justice to intentionally and prejudicially strip

PAGE #7 SINCE #2

FOR LEGAL USE ONLY – COLEMAN, DAN----------------------FOR LEGAL USE ONLY – COLEMAN, DAN

FOR LEGAL USE ONLY-COLEMAN, DAN--------------------FOR LEGAL USE ONLY – COLEMAN, DAN

## 11TH CIRCUIT DISTRICT COURT

Dan Coleman                         LoTo Case # 2019CF004827CFAXWS

vs.

STATE OF FLORIDA/PASCO

## 28 U.S.C. § 2241 HABEAS CORPUS (ACTUAL INNOCENCE CLAIM)

The fairness out of the proceedings and ignore his motions while stripping his ability to defend which has been a deliberate design applied to aid prosecutions interests undoubtably on obvious levels. Pasco courts have fallen into lazy greedy habits simply desiring to obtain plea deals they decide on vague tracts or simply because they desire to not ever be found in the wrong even if that means committing intentional on record acts of Fla. § 843.0855 which are facilitating Racketeering activity in violation of 18 U.S.C. § 1959-1961 to the point of extorting pleas from the clearly and irrefutably innocent with the threat of indefinate detention. "Judge" Hundsell has a long history of this and is factually seen doing so on record in this case & if prosecutorial vindictiveness is enough to get granted Habeas review according to "Haring vs Prosise, supra" it undoubtably should cover a severe malicious judicial vindictiveness aiding a prosecutorial vindictiveness in collusion with a forced unwanted adversarial counselor by said Judges orders.

This pre-Trial environment is entirely fundamentally unfair on the most basic levels re-engineered to ensure miscarriages of justice like its a factory designed to mass produce them

## RELIEF AND REMEDY SOUGHT

Based on all the facts in this motion above, in claims ①-④ Coleman seeks the following Reliefs and Remedies on these grounds:

① Due to Coleman's "Actual Innocence" on the factual on record merits presented in this motion that the Court take control of this proceeding and dismiss it because of prosecutions vindictive illegal pursuit without probable cause & Coleman by point of law deserves that all charges associated with this case be dismissed and he be released from incarceration immediately due to the severe violations of his

## PAGE #8 SIDE #1

FOR LEGAL USE ONLY – COLEMAN, DAN--------------------FOR LEGAL USE ONLY – COLEMAN, DAN

U.S.Co rights when its clear there is absolutely no way to rebut his substantial claims backed up by state documented evidence & further Coleman's false imprisonment is being maintained by the lower courts continuous violation of his U.S.Co rights with the obvious goal to obtain a plea with the threat of Indefinate detention until pleeing in violation of Flas Const.Doc.of R.Article I §17 & the totality of circumstances in this case require immediate Dismissal by right of law according to the interests of the administration of justice, its apparent Coleman will not get a fair Jury Trial in this court but in fact suffer sabotage of an adversarial counselor who's aiding prosecution backed by the Judge while she aids them and illegally strips Coleman's defense, even when innocent how can a man get a fair trial in such a court

③ That the court allow Coleman to proceed "In Forma Pauperis", being he has no assets or money and has been found to be indigent by the 6th Judicial Circuit and other Florida state appeals courts such as the 2nd DCA and Florida Supreme Court in this matter.

③ That this court send a receipt of receiving this action immediately with a copy of the new assigned Federal case # thank you for this courts time.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and Correct copy of the forgoing has been furnished on the 11TH CIRCUIT DISTRICT COURT CLERK, TAMPA-FLORIDA DIVISION @, 801 N.Florida Ave.Room 218 Tampa FL, 33602-3800 on the day of _____ 2021

SWORN AFFIRMATION/AFFIDAVIT of SERVICE

UNDER THE PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FORGOING (DOCUMENT), THAT ITS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

Dan Coleman

DATE:                              X Dan Coleman

August 3, 2021

PAGE#8 SIDE#2